10/25/2026

Christopher Johnson

VS

RCVD - USDC COLA SC
OCT 29 '26 PM2:44

Michael Amirdis and

The University of South Carolina

On around September 15th 2024 Plaintiff contacted the president of the University of South Carolina. He asked about having a Roast similar to the one the president greenlit titled The Roast Of Cumula Harris. Degrading her name, The Vice President of the United States) like she is nothing. When you have a roast both parties must be involved and agree with the joke or its sexual harrassment. You can't have the university promoting sexual images and degradation of a woman reaching the highest office in the country's history and not expect 18 -21 year old boys to not think its open season for the young girls on USC's campus. If the president of USC says its ok to do sexual stuff to women, eben if its just her name, what are young boys going to do. You can't allow this event on USC Campus but also have the University of South Carolina Interpersonal Violence Prevention and Support office. The University is contradicting itself. The page states that Sexual Assault and other forms of interpersonal violence are never the survirors fault and will not be tolerated at the University of South Carolina. But you tolerate Cumula on your campus. A male ejaculation

term used to promote sexual assault on harmless women at USC.

Plaintiff contacted the President of USC on September 15 2024. And asked his assistant could he rent The Russell House as Milo Yiannopoulos and Gavin McInnes did for their Cumula Event at the Russell House. Plaintiff's event was going to be called The Roast of SC Govenor Henry McBastard or SC Govenor Henry McMasterbater. Fun Degrading names. One sexual name about Masterbation like the USC Cumala event.

There was a long pause. She said all events must be approved by the SGA office for leasing of the Russell House. Plaintiff contact SGA. And asked about a lease, but also said, "its fun right like the other event". Again that long pause. And she said they would get back to me. And Patton Byars had to have been the president at that time.

However, no return call from the University of South Carolina president. Or the SGA president.

Plaintiff contacted Milo on social media. This lead to Plaintiff asking Milo to meet him to fight it out. Milo declined. But asked his followers to find and attack Plaintiff and he contacted the police. All because USC President wanted to have a evil joke go through on state grounds, could have lead to deadly violence. Plaintiff's exchange with Milo is attached.

Plaintiff is filing this case for Racial Discrimmination. Racial Bias, and Encourging Sexual Assault which is a crime. And incitment of violenceis an inchoate crimmial offense. Because this event held by a state tax funded university, had its black students protesting and marching on campus which could have lead to violence. All because the president wanted to joke around with people's lives. You can't say its just a joke,

but don't lease the facility to another customer. You can't say its a joke with the sex crimes on college campuses most recent Cornell University on the rise. A prestigous university.

Plaintiff seeks damages of 1 Million dollars. Not just admission money to the event. But Plaintiff was going to put the event on pay per view.

Plaintff took some time to bring this case forward because of medial issues. Those documents can be provided to the defense and to the court.

Christopher Johnson

Plaintiff.

10/29/26

108 Gills Crossing Rd
Columbia S.C. 29223